# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| JESSE RODRIGUEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. AND ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,<br><br>Defendants. | Case No. 2:15-cv-01224-RAJ<br><br>**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Plaintiff Jesse Rodriguez ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), hereby move to dismiss the above-entitled action with prejudice as to Plaintiff's claims against Experian. The Parties agree that this Court may proceed to dismiss this action as to Experian only, with prejudice as to the claims brought by Plaintiff and without prejudice as to the claims of the putative class. This Court retains jurisdiction to enforce the settlement of this action.

Dated: October 13, 2016

LAW OFFICES OF TODD FRIEDMAN PC

By: /s/ Todd Friedman
Todd Friedman
324 South Beverly Drive #725
Beverly Hills, CA 90212
tfriedman@attorneysforconsumers.com

CONCORD LAW P.C.

By: /s/ Ryan M. Pesicka
Ryan M. Pesicka, WSBA 48182
6608 216th Street SW, Suite 107A
Mountlake Terrace, WA 98043
ryan@condordlawseattle.com

Attorneys for Plaintiff

JOINT STIPULATION TO DISMISS
2:15-CV-01224-RAJ

JONES DAY
555 S. FLOWER STREET, 50TH FLR.
LOS ANGELES, CA 90071
(213) 489-3939

| | |
|---|---|
| Dated: October 13, 2016 | JONES DAY |
| | By: /s/ Kerry C. Fowler |
| | Kerry C. Fowler |
| | 555 South Flower Street, 50th Floor |
| | Los Angeles, CA 90071 |
| | kcfowler@jonesday.com |
| | |
| | STOEL RIVES, LLP |
| | |
| | By: /s/Rachel L. Dunnington |
| | Rachel L. Dunnington, WSBA No. 47021 |
| | 600 University Street, Suite 3600 |
| | Seattle, WA 98101 |
| | Rachel.Dunnington@stoel.com |
| | |
| | Attorney for Defendant Experian Information Solutions, Inc. |

EXPERIAN'S STIPULATION TO DISMISS - 2
2:15-CV-01224-RAJ

JONES DAY
555 S. FLOWER STREET, 50TH FLR.
LOS ANGELES, CA 90071
(213) 489-3939