Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JESSE RODRIGUEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>Defendants. | Case No. 2:15-cv-01224-RAJ<br><br>ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC. |

Based upon the Joint Stipulation to Dismiss, and good cause, this Court hereby orders that this action is dismissed as to Experian only, with prejudice as to the claims brought by Plaintiff and without prejudice as to the claims of the putative class. The Court retains jurisdiction to enforce the settlement of this action.

DATED this 20th day of October, 2016.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DISMISSAL – 1